1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES EDWARD CALDWELL,

11              Petitioner,               No. 2:09-cv-0008-JAM-JFM (HC)

12        vs.

13   JAMES WALKER,

14              Respondent.               <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's June 24, 2009 dismissal of his application for a writ of habeas corpus as barred by the

18   statute of limitations.  Before petitioner can appeal this decision, a certificate of appealability

19   must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25          Where, as here, the petition was dismissed on procedural grounds, a certificate of

26   appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)).

    After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether this action is time-barred.  Accordingly, a certificate of appealability should not issue in this action.

    IT IS SO ORDERED.

DATED: August 31, 2009


               /s/ John A. Mendez       
_____U. S. District Court Judge

/cald0008.coapro